IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| ROBERT FRENCH, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | NO. 1:21-cv-00027 |
| UNITED VAN LINES, LLC, et al., | ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE HOLMES |
| Defendants. | ) | |

## ORDER

Pending before the Court is Judge Holmes' Report and Recommendation, which was filed on January 9, 2023. (Doc. No. 87). Through the Report and Recommendation, Judge Holmes recommends that the motion filed by James Blount (Doc. No. 73) be denied and that the motion to strike (Doc. No. 76) be denied as moot. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, the motion filed by James Blount (Doc. No. 73) is **DENIED** and the motion to strike (Doc. No. 76) is **DENIED** as moot. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE